IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES SCOTT MAYO,

    Petitioner,

v.                                     Case No. 4:16cv732-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**." The Clerk shall close the file.

**SO ORDERED on May 29, 2018.**

                                                    s/ MARK E. WALKER
                                                    **United States District Judge**